# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA BALLEZA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00184-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 3) |

On February 16, 2021, Luz Maria Balleza and Hugo Daniel Barrera ("Plaintiffs"), proceeding *pro se*, filed an unsigned complaint in this action seeking judicial review of the denial of disability benefits pursuant to the Social Security Act.  Plaintiffs did not pay the filing fee or file an application to proceed *in forma pauperis*.  On February 18, 2021, the Court issued an order striking the complaint as unsigned, and ordering Plaintiffs to either pay the filing fee or file a long form application to proceed *in forma pauperis* in this action, within twenty-one (21) days of the order.  (ECF No. 2.)  On February 24, 2021, Plaintiffs filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 3.)

Plaintiffs' application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

/ / /

Further, the Court reminds Plaintiffs that the complaint they previously filed has been stricken from the record because it was unsigned. The Plaintiffs are again warned that if Plaintiffs fail to file a properly signed complaint before the deadline of March 15, 2021, the Court will recommend dismissal of this action.

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **February 25, 2021**

UNITED STATES MAGISTRATE JUDGE