# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO DANIEL BARRERA, et al., | Case No. 1:21-cv-00184-SAB |
| Plaintiffs, | ORDER DENYING HUGO DANIEL BARRERA'S SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND STRIKING COMPLAINT AS MOOT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 5) |
| Defendant. | |

Luz Maria Balleza and Hugo Daniel Barrera ("Plaintiffs"), proceeding pro se, filed an unsigned complaint in this action seeking judicial review of the denial of disability benefits pursuant to the Social Security Act. Plaintiffs did not pay the filing fee or file an application to proceed *in forma pauperis*. On February 25, 2021, Hugo Barrera filed an application to proceed *in forma pauperis* that was granted on February 25, 2021. On February 26, 2021, Hugo Barrera filed a second application to proceed *in forma pauperis*.

Although this second application includes the birth days for Luz Maria Balleza, it is signed by Hugo Barrera who has already been granted permission to proceed *in forma pauperis* in this action. To the extent that Plaintiffs are attempting to seek permission for Luz Balleza to proceed *in forma pauperis* in this action, any application would need to be signed by her. Furthermore, as discussed in the February 25, 2020 order, it does not appear that Luz Balleza has

1 | standing in this action.

2 |     Accordingly, IT IS HEREBY ORDERED that Hugo Daniel Barrera's second application
3 | to proceed *in forma pauperis*, filed February 26, 201, is DENIED as moot.

5 | IT IS SO ORDERED.

6 | Dated: __**March 1, 2021**__      _____
                                                      UNITED STATES MAGISTRATE JUDGE