1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LUZ MARIA BALLEZA, et al.,                 No.  1:21-cv-00184-DAD-SAB

12              Plaintiffs,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   COMMISSIONER OF SOCIAL                     ACTION FOR FAILURE TO OBEY A
     SECURITY, et al.,                          COURT ORDER AND FOR FAILURE TO
15                                              PROSECUTE
              Defendants.
16                                              (Doc. No. 8)

17

18

19        Plaintiffs Luz Maria Balleza and Hugo Daniel Barrera are proceeding *pro se* and *in forma*

20   *pauperis* brings an action seeking judicial review of the Commissioner of Social Security's final

21   decision denying plaintiff Barrera's application for benefits under the Social Security Act.  (Doc.

22   No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

23   § 636(b)(1)(B) and Local Rule 302.

24        Plaintiffs commenced this action on February 16, 2021; however, they neglected to sign

25   their complaint.  (*Id.*)  On February 18, 2021, the assigned magistrate entered an order striking

26   plaintiffs' unsigned complaint from the docket and directing plaintiffs to file a signed complaint

27   within twenty-one (21) days as well as directing plaintiffs to either pay the required filing fee or

28   file an application to proceed *in forma pauperis*.  (Doc. No. 2 at 3.)  Plaintiffs responded to the

                                              1

1  February 18, 2021 order by returning the long form application to proceed *in forma pauperis*,

2  which had been provided with that order  (Doc. No. 3), but plaintiffs did not file a signed

3  complaint as they had been directed to do.

4          Thus on March 18, 2021, the magistrate judge issued findings and recommendations

5  recommending that this matter be dismissed due to plaintiffs' failure to obey a court order and

6  failure to prosecute this action.  (Doc. No. 8.)  The findings and recommendations were served on

7  plaintiffs directed to their address of record but was returned to the court as undeliverable on

8  April 6, 2021.  On April 21, 2021, the findings and recommendations were re-served on the

9  plaintiffs at their address of record.[1]  These findings and recommendations contained notice that

10  any objections were to be filed within thirty (30) days from the date of service.  (*Id.* at 4.)  To

11  date, no objections have been filed, and the time to do so has since passed.

12          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

13  *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

14  and recommendations to be supported by the record and by proper analysis.

15          Accordingly,

16          1.      The March 18, 2021 findings and recommendations (Doc. No. 8) are

17                  adopted in full;

18          2.      This action is dismissed for plaintiffs' failure to obey a court order and

19                  failure to prosecute; and

20          3.      The Clerk of the Court is directed to close this matter.

21  IT IS SO ORDERED.

22      Dated:   **June 15, 2021**                          _____
23                                                          UNITED STATES DISTRICT JUDGE

24

25

26

27  ────────────────────

28  [1] The court notes none of the prior orders served on plaintiffs' address of record were returned to the court as undeliverable.  (Doc. Nos. 2, 4, 6.)

2